IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2962-AP**

**GREGORY RAGAN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF TRANSFER

Kane, J.

This matter is before the Court on Plaintiff's Unopposed Motion to Transfer Venue (doc. #9), filed January 25, 2013. The motion is **GRANTED.** This case is **TRANSFERRED** to the Western District of Missouri.

Dated: January 29, 2013

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court